**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Wayne Lummus, | No. CV-22-02079-PHX-ROS (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

On July 17, 2023, the Court denied Plaintiff's request for a preliminary injunction. (Doc. 56). Shortly thereafter, Plaintiff filed a Motion for Reconsideration as well as a request to supplement his motion for reconsideration with a declaration. (Doc. 58, 59). In those documents Plaintiff states he was expecting to receive "medical records" from "another agency." Those records allegedly will establish Plaintiff is allergic to the adhesive found in disposable diapers, contact with the adhesive produces a rash, and cloth diapers are needed. (Doc. 60 at 13). Plaintiff is free to renew his request for preliminary relief when he receives those records or if he has other records establishing he is entitled to immediate relief because he is suffering an adverse reaction to his current diapers or is not receiving any supplies for his incontinence. If Plaintiff does renew his request, he should clearly identify the diapers (if any) he currently is receiving from medical personnel and why those diapers are insufficient. At present, however, Plaintiff has not made a sufficiently "*clear showing*," he is entitled to relief. *Mazurek v. Armstrong*, 520 U.S. 968, 972 (1997) (emphasis in original).

Accordingly,

**IT IS ORDERED** the Motion to Supplement (Doc. 59) is **GRANTED**. The Clerk of Court shall file the declaration lodged at Docket 60.

**IT IS FURTHER ORDERED** the Motion for Reconsideration (Doc. 58) is **DENIED**.

Dated this 8th day of September, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge