1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

9    David Wayne Lummus,                     No. CV-22-02079-PHX-ROS (ESW)

10                   Plaintiff,              **ORDER**

11    v.

12    David Shinn, et al.,

13                   Defendants.

14

15           Magistrate Judge Eileen S. Willett issued a Report and Recommendation ("R&R")

16   recommending the Court dismiss Defendant Weigel without prejudice for Plaintiff's failure

17   to timely effect service (Doc. 85).  On November 15, 2023, the Court ordered Plaintiff to

18   show cause by November 28, 2023 why Defendant Weigel should not be dismissed for

19   failure to timely effect service of process (Doc. 71).  Plaintiff did not respond.  Plaintiff

20   also failed to object to the R&R.  Thus, the R&R will be adopted in full.

21           Accordingly,

22           **IT IS ORDERED** the Report and Recommendation (Doc. 85) is **ADOPTED IN**

23   **FULL**.

24   …

25   …

26   …

27   …

28   …

**IT IS FURTHER ORDERED** Defendant Weigel is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to timely effect service.

Dated this 10th day of May, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge